IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARA JUDITH GARCIA GALDAMEZ, <br> JORGE ARMANDO ESCOBAR BARILLAS, <br> AND <br> VIRGINIA DE JESUS PEÑA POZUELOS, <br><br> Plaintiffs, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:15-cv-01605 <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS

COMES NOW Defendant I.Q. Data International, Inc. ("IQ Data"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves the Court to dismiss the Complaint filed against it by Plaintiffs Sara Judith Garcia Galdamez, Jorge Armando Escobar Barillas, and Virginia de Jesus Peña Pozuelos (collectively, "Plaintiffs") for failure to state a claim upon which relief can be granted. In support thereof, IQ Data incorporates by reference the accompanying Memorandum in Support filed contemporaneously herewith.

WHEREFORE IQ Data respectfully requests that this Honorable Court grant its Motion to Dismiss, dismiss Plaintiffs' Complaint with prejudice, and grant it such other and further relief as this Court deems appropriate.

Date: February 1, 2016

Respectfully submitted,

_____/s/_____
Charles M. Sims, Esquire (VSB No. 35845)
D. Sutton Hirschler III, Esquire (VSB No. 85596)
LeClairRyan, A Professional Corporation
919 East Main Street, Twenty Fourth Floor
Richmond, Virginia 23219

Telephone: (804) 343-5091
Facsimile: (804) 783-7655
Charles.Sims@leclairryan.com
Sutton.Hirschler@leclairryan.com
*Counsel for Defendant IQ Data International, Inc.*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the 1st Day of February, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

    Simon Y. Sandoval-Moshenberg (VSB No. 77110)
    Legal Aid Justice Center
    6066 Leesburg Pike, Suite 520
    Falls Church, Virginia 22041
    Phone:   (703) 720-5605
    Fax:   (703) 778-3454
    simon@justice4all.org

    Brenda Castañeda (VSB No. 72809)
    Kim Rolla (VSB No. 85625)
    Legal Aid Justice Center
    1000 Preston Avenue, Suite A
    Charlottesville, Virginia 22903
    Phone:   (434) 977-0553
    Fax:   (434) 977-0558
    brenda@justice4all.org
    kim@justice4all.org

    Jeffrey Kaliel (CA 238293)
    *Pro hac vice pending*
    Tycko & Zavareei, LLP
    1828 L Street NW, Suite 1000
    Washington, DC 20036
    Phone:   (202) 973-0900
    Fax:   (202) 973-0950
    jkaliel@tzlegal.com

    *Counsel for Plaintiffs*

                                  /s/
                        Charles M. Sims, Esquire (VSB No. 35845)
                        D. Sutton Hirschler III, Esquire (VSB No. 85596)
                        LeClairRyan, A Professional Corporation
                        919 East Main Street, Twenty Fourth Floor
                        Richmond, Virginia 23219
                        Telephone:  (804) 343-5091
                        Facsimile:  (804) 783-7655

Charles.Sims@leclairryan.com
Sutton.Hirschler@leclairryan.com
*Counsel for Defendant IQ Data International, Inc.*